IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHELLE ROBERTSON,

        Plaintiff,

v.                                         Civil Case No.: 13-CV-1309-EFM-KGS

WKRP MANAGEMENT, LLC

        Defendant.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441(a), 1446, Local Rule 81.1 of the Kansas District Court, Defendant WKRP Management, LLC ("Defendant"), its undersigned counsel, hereby files this notice to remove an action pending against it in the Twenty Seventh Judicial District, Reno County District Court, to the United States District Court for the District of Kansas, Wichita Division. In support of this removal, Defendant states as follows:

**Background**

1. On or about July 23, 2013, Plaintiff Michelle Robertson ("Plaintiff") filed an action in the Twenty Seventh Judicial District, Reno County District Court, captioned *Michelle Robertson v. WKRP Management, LLC*, Civ. Case No.: 2013-CV-271 (the "State Court Action").

2. In her Petition, Plaintiff alleges that Defendant violated the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq. ("FLSA"), the Americans with Disability Act of 1990, 42 U.S.C. 12101, et seq. ("ADA"), and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. ("Title VII").

3. In accordance with 28 U.S.C. § 1446(a), a true and correct copy of the Petition and Summons is attached hereto as Exhibit A.

4.  Defendant was served with the Summons and initial Petition in the State Court Action on August 2, 2013. Thirty days following service is September 1, 2013. Other than the August 2, 2013 service of the Summons and Petition on Defendant, no proceedings have taken place in this matter.

5.  Defendant is filing this Notice of Removal within thirty (30) days after service of the Summons and Petition upon it. Pursuant to 28 U.S.C. § 1446(b), Defendant's time to remove and to answer has not yet expired.

### Removal To This Court Is Proper As The Case Presents A Federal Question

6.  In her State Court Action, Plaintiff asserts claims for violations of the FLSA, ADA, and Title VII. *See* Petition, ¶¶ 3, 6, 17, 31, and 41. (Exhibit A).

7.  This Court has original federal question jurisdiction under 28 U.S.C. § 1331 over Plaintiff's claims, in that this action involves claims arising under the laws of the United States. *See Morris v. City of Hobart*, 39 F.3d 1105, 1111 (10th Cir. 1994) ("A case arises under federal law if its 'well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.'") (quoting *Franchise Tax Board v. Constr. Laborers Vacation Trust*, 463 U.S. 1, 27-28 (1983)); *see also Nicodemus v. Union Pacific Corp.*, 318 F.3d 1231, 1236 (10th Cir. 2003) (to find jurisdiction under 28 U.S.C. § 1331. . . a question of federal law must appear on the face of plaintiff's well-pleaded complaint. . .[and]… plaintiff's cause of action must [ ] be [ ] created by federal law…") (citing *Rice v. Office of Servicemembers' Group Life Ins.,* 260 F.3d 1240, 1245 (10th Cir. 2001) and *Merrell Dow Pharms. Inc. v. Thompson,* 478 U.S. 804, 808 (1986)).

8.  Based on Plaintiff's Petition and the preceding facts, Plaintiff's State Court Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

### This Matter Should Proceed In The United District Court
### For The District Of Kansas, Wichita Division

9. Pursuant to Local Rule 81.1 of the Kansas District Court, removal is proper to the United States District Court for the District of Kansas, Wichita Division, because Plaintiff originally filed the State Court Action in the Twenty-Seventh Judicial District.

10. Additionally, venue is proper in this Court pursuant to 28 U.S.C. § 97 and 1441(a) because the United States District Court for the District of Kansas, Wichita Division is the federal judicial district embracing the District Court of Reno County, in which the State Court Action was originally filed.

### Procedural Requirements Have Been Met

11. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice. (Exhibit A).

12. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Twenty Seventh Judicial District, Reno County District Court.

WHEREFORE, Defendant hereby notifies this Court, Plaintiff, and the Twenty Seventh Judicial District, Reno County District Court, that the above-captioned matter, now pending against them in the Reno County District Court, has been removed to this Court.

Defendant designates Wichita, Kansas as the place where the trial will be held within the District.

Respectfully submitted,

/s/ *Gregory D. Ballew*

Gregory D. Ballew (KS # 17214)
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: gballew@laborlawyers.com

COUNSEL FOR DEFENDANT, WKRP MANAGEMENT, LLC

## CERTIFICATE OF SERVICE

I certify that on this 21st day of August 2013, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed using the Court's CM/ECF system and was served via U.S. Mail, postage prepaid, to the following:

Donald N. Peterson, II
Sean M. McGivern
WITHERS, GOUGH, PIKE, PFAFF & PETERSON, LLC
O.W. Garvey Building
200 W. Douglas, Suite 1010
Wichita, KS 67202
Tel.:  (316) 267-1562
Fax:  (316) 303-1018
*Attorneys for Plaintiff*

By:    /s/ *Gregory D. Ballew*

Gregory D. Ballew (KS # 17214)
FISHER & PHILLIPS LLP
104 West 9th St., Suite 400
Kansas City, Missouri 64105
Phone: (816) 842-8770
Fax: (816) 842-8767
Email: gballew@laborlawyers.com

COUNSEL FOR DEFENDANT, WKRP MANAGEMENT, LLC